UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: SAMUEL AND SARAH LATHAM
CASE NO. 10-21775

### ORDER GRANTING MOTION TO FILE OUT OF TIME

Debtors' motion is well taken and the same is granted.

IT IS SO ORDERED that the debtor's bankruptcy case is reopened for the purpose of filing reaf-

firmation agreements.

Prepared by:
/S/ John Hayden

_____
John C. Hayden, KBA 92059
Attorney for Debtor
505 York Street
Newport, KY 41071
(859) 491-1000

Pursuant to Local Rule 9022-1(c), **John C. Hayden** shall cause a copy of this
order to be served on each of the parties designated to receive this order pursuant to
Local Rule 9022-1(a) and shall file with the court a certificate of service of the
order upon such parties within fourteen (14) days hereof.

Notice to be sent to:
All creditors
Trustee
US Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Friday, March 04, 2011
(jms)**